FILED'06 AUG 03 16:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELAINE A. ROPER,

Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

Defendant.

Civil No. 05-669-BR

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $3952.00 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 3rd day of August, 2006.

_____
Anna J. Brown
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

PRESENTED BY:

_____
Richard A. Sly  OSB #63074
1001 SW Fifth Avenue, Suite 310
Portland, OR  97204
Telephone: (503) 224-0436
    Attorney for Plaintiff